IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


KARL EDWARD BRAITHWAITE,

        Plaintiff,

v.                              3:09cv341-WS

ESCAMBIA COUNTY SHERIFF'S
DEPARTMENT, et al.,

        Defendants.

_____

ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 26) docketed October 28, 2010.  The magistrate judge recommends that this case be dismissed for the plaintiff's failure to comply with an order of the court.  The plaintiff has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2.  The plaintiff's complaint and this action are hereby DISMISSED without prejudice for the plaintiff's failure to comply with an order of the court.

DONE AND ORDERED this ___30th____ day of ___November___, 2010.




s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE